# UNITED STATES DISTRICT COURT
for the
District of Connecticut

IMPERIAL POOLS, INC.

*Plaintiff*

v.

LEFFINGWELL POOLS, LLC et al

*Defendant*

Case No. 3:15-cv-00501 VAB

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiff Imperial Pools, LLC**

Date: April 9, 2015

*Attorney's signature*

**Robert E. Ganz    phv 07388**

*Printed name and bar number*

**1 Columbia Circle
Albany, New York 12203**

*Address*

**reg@gwlaw.com**

*E-mail address*

**(518)869-9500**

*Telephone number*

**(518)869-9556**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **April 9, 2015**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*